UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALIX CAPITAL US INC.,<br><br>Plaintiff,<br><br>-against-<br><br>BANC OF AMERICA SECURITIES LLC, BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., CITIBANK N.A., CITIGROUP GLOBAL MARKETS INC., CITIGROUP GLOBAL MARKETS LTD., CITIGROUP INC., CREDIT SUISSE GROUP AG, CREDIT SUISSE INTERNATIONAL, CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK AG, DEUTSCHE BANK SECURITIES, INC., JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., J.P. MORGAN SECURITIES LLC, f/k/a J.P. MORGAN SECURITIES INC., ROYAL BANK OF SCOTLAND PLC, and UBS AG,<br><br>Defendants. | No. 13-cv-4018-NRB<br><br>~~PROPOSED~~ ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION<br><br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 08/05/2013 |

This matter having been presented to the Court, and upon reading and filing the affidavit of Daniel L. Brockett dated July 30, 2013 and the exhibit attached thereto, it is hereby:

ORDERED, that Jeremy D. Andersen is admitted to appear before this Court on behalf of Plaintiff on a *pro hac vice* basis, to argue or try this action in whole or in part as counsel or advocate.

SO ORDERED:

Dated: August 1, 2013

_____
Judge Naomi Reice Buchwald