UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE: LIBOR BASED FINANCIAL )
INSTRUMENTS ANTITRUST LITIGATION ) Docket No. 11-MD-2262 (NRB)
 )
-------------------------------------------------------------------X
SALIX CAPITAL US INC. )
 )
   Plaintiff, ) No. 13-cv-4018 (NRB)
 )
  -against- )
 )
BANC OF AMERICA SECURITIES LLC, )
BANK OF AMERICA CORPORATION, )
BANK OF AMERICA, N.A., BARCLAYS )
BANK PLC, BARCLAYS CAPITAL INC., )
CITIBANK N.A., CITIGROUP GLOBAL ) **NOTICE OF APPEARANCE**
MARKETS LTD., CITIGROUP INC., )
CREDIT SUISSE GROUP AG, CREDIT )
SUISSE INTERNATIONAL, CREDIT )
SUISSE SECURITIES (USA) LLC, )
DEUTSCHE BANK AG, DEUTSCHE BANK )
SECURITIES, INC., JPMORGAN CHASE & )
CO., JPMORGAN CHASE BANK, N.A., J.P. )
MORGAN SECURITIES LLC, f/k/a J.P. )
MORGAN SECURITIES INC., ROYAL )
BANK OF SCOTLAND PLC, and UBS AG, )
 )
   Defendants, )
-------------------------------------------------------------------X

   PLEASE TAKE NOTICE that Thomas C. Rice of the law firm of Simpson

Thacher & Bartlett LLP hereby appears as counsel for Defendants JPMorgan Chase & Co.,

JPMorgan Chase Bank, N.A., and J.P. Morgan Securities LLC in this action and requests that all

subsequent papers be served upon this firm at the address indicated below.


   *[remainder of the page intentionally left blank]*

Dated:  New York, New York
        August 28, 2013

                                  Respectfully submitted,

                                  SIMPSON THACHER & BARTLETT LLP

                                  By:     /s/ Thomas C. Rice
                                          Thomas C. Rice (trice@stblaw.com)
                                          425 Lexington Avenue
                                          New York, New York 10017
                                          Tel: (212) 455-2000
                                          Fax: (212) 455-2502

                                          *Attorneys for Defendants JPMorgan Chase &
                                          Co., JPMorgan Chase Bank, N.A., and J.P.
                                          Morgan Securities LLC.*