UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE: LIBOR BASED FINANCIAL )
INSTRUMENTS ANTITRUST LITIGATION ) Docket No. 11-MD-2262 (NRB)
 )
------------------------------------------------------------X
SALIX CAPITAL US INC. )
 )
               Plaintiff, ) No. 13-cv-4018 (NRB)
 )
             -against- )
 )
BANC OF AMERICA SECURITIES LLC, )
BANK OF AMERICA CORPORATION, )
BANK OF AMERICA, N.A., BARCLAYS )
BANK PLC, BARCLAYS CAPITAL INC., )
CITIBANK N.A., CITIGROUP GLOBAL )
MARKETS LTD., CITIGROUP INC., )
CREDIT SUISSE GROUP AG, CREDIT )
SUISSE INTERNATIONAL, CREDIT )
SUISSE SECURITIES (USA) LLC, )
DEUTSCHE BANK AG, DEUTSCHE BANK )
SECURITIES, INC., JPMORGAN CHASE & )
CO., JPMORGAN CHASE BANK, N.A., J.P. )
MORGAN SECURITIES LLC, f/k/a J.P. )
MORGAN SECURITIES INC., ROYAL )
BANK OF SCOTLAND PLC, and UBS AG, )
 )
             Defendants, )
------------------------------------------------------------X

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT
OF DEFENDANTS JPMORGAN CHASE & CO.,
JPMORGAN CHASE BANK, N.A., AND J.P. MORGAN SECURITIES LLC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. and J.P. Morgan Securities LLC, by their undersigned counsel, state as follows:

      1.     Defendant JPMorgan Chase & Co. is a publicly held corporation. JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns 10 percent or more of JPMorgan Chase & Co.'s stock.

2. Defendant JPMorgan Chase Bank, N.A. is a wholly-owned subsidiary of JPMorgan Chase & Co., a publicly held corporation. No other publicly held corporation owns 10 percent or more of JPMorgan Chase Bank, N.A.'s stock.

3. Defendant J.P. Morgan Securities LLC is a wholly-owned subsidiary of JPMorgan Chase & Co., a publicly held corporation. No other publicly held corporation owns 10 percent or more of J.P. Morgan Securities LLC's stock.

Dated: New York, New York
August 28, 2013

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By:     /s/ Thomas C. Rice
Thomas C. Rice (trice@stblaw.com)
Juan A. Arteaga (jarteaga@stblaw.com)
Omari L. Mason (omason@stblaw.com)
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and J.P. Morgan Securities LLC.*