UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALIX CAPITAL US INC.,<br><br>              Plaintiff,<br><br>-against-<br><br>BANC OF AMERICA SECURITIES LLC, BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., CITIBANK N.A., CITIGROUP GLOBAL MARKETS INC., CITIGROUP GLOBAL MARKETS LTD., CITIGROUP INC., CREDIT SUISSE GROUP AG, CREDIT SUISSE INTERNATIONAL, CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK AG, DEUTSCHE BANK SECURITIES, INC., JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., J.P. MORGAN SECURITIES LLC, f/k/a J.P. MORGAN SECURITIES INC., ROYAL BANK OF SCOTLAND PLC, and UBS AG,<br><br>              Defendants. | No. 13-cv-4018-NRB<br><br>**NOTICE OF APPEARANCE** |

       PLEASE TAKE NOTICE that Jeremy Daniel Andersen of Quinn Emanuel Urquhart & Sullivan, LLP hereby enters his appearance as counsel for plaintiff Salix Capital US Inc. in the above-captioned matter.  On July 30, 2013, plaintiff filed a Motion for Jeremy Daniel Andersen to Appear *Pro Hac Vice* in the above-cited matter (Dkt. No. 54).  On August 1, 2013, the Honorable Judge Naomi Reice Buchwald granted the motion admitting Mr. Andersen *pro hac vice* for purposes of this case.

Dated: Los Angeles, California
September 17, 2013

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

By: /s/ Jeremy D. Andersen

Jeremy D. Andersen
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Phone:  213-443-3000
Fax:  213-443-3100
Email: jeremyandersen@quinnemanuel.com

*Attorney for Plaintiff Salix Capital US Inc.*

2