UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE: LIBOR BASED FINANCIAL           )
INSTRUMENTS ANTITRUST LITIGATION       )   Docket No. 11-MD-2262 (NRB)
                                       )
------------------------------------------------------------X
SALIX CAPITAL US INC.                  )
                                       )
        Plaintiff,             )   No. 13-cv-4018 (NRB)
                                       )
        -against-             )
                                       )
BANC OF AMERICA SECURITIES LLC,        )
BANK OF AMERICA CORPORATION,           )
BANK OF AMERICA, N.A., BARCLAYS        )
BANK PLC, BARCLAYS CAPITAL INC.,       )
CITIBANK N.A., CITIGROUP GLOBAL        )   **NOTICE OF APPEARANCE**
MARKETS LTD., CITIGROUP INC.,          )
CREDIT SUISSE GROUP AG, CREDIT         )
SUISSE INTERNATIONAL, CREDIT           )
SUISSE SECURITIES (USA) LLC,           )
DEUTSCHE BANK AG, DEUTSCHE BANK        )
SECURITIES, INC., JPMORGAN CHASE &     )
CO., JPMORGAN CHASE BANK, N.A., J.P.   )
MORGAN SECURITIES LLC, f/k/a J.P.      )
MORGAN SECURITIES INC., ROYAL          )
BANK OF SCOTLAND PLC, and UBS AG,      )
                                       )
        Defendants,            )
------------------------------------------------------------X

      PLEASE TAKE NOTICE that Paul C. Gluckow of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and J.P. Morgan Securities LLC in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

*[remainder of the page intentionally left blank]*

Dated: New York, New York
October 4, 2013

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By: /s/ Paul C. Gluckow
Paul C. Gluckow (pgluckow@stblaw.com)
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and J.P. Morgan Securities LLC.*