AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Salix Capital US Inc. et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 13-cv-4018 (NRB) |
| Banc of America Securities LLC et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Credit Suisse Group AG, Credit Suisse International, and Credit Suisse Securities (USA) LLC   .

Date:   11/05/2014

/s/ Herbert S. Washer
*Attorney's signature*

Herbert S. Washer, HW 2375
*Printed name and bar number*

Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005
*Address*

hwasher@cahill.com
*E-mail address*

(212) 701-3435
*Telephone number*

(212) 269-5420
*FAX number*