# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Salix Capital US Inc. et al. ) | |
| *Plaintiff* ) | Case No.   13-cv-4018 (NRB) |
| v. ) | |
| Banc of America Securities LLC et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Credit Suisse Group AG, Credit Suisse International, and Credit Suisse Securities (USA) LLC                      .

Date:     11/05/2014

/s/ Joel Kurtzberg
*Attorney's signature*

Joel Kurtzberg, JK1552
*Printed name and bar number*

Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

*Address*

jkurtzberg@cahill.com
*E-mail address*

(212) 701-3120
*Telephone number*

(212) 269-5420
*FAX number*