**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TRIAXX PRIME CDO 2006-1 LTD. ET AL. v. BANK OF AM. CORP. ET AL. | No. 14-cv-0146 (NRB) |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Credit Suisse Group AG ("CSGAG") and Credit Suisse International ("CSI") by and through their undersigned counsel, Cahill Gordon & Reindel LLP, make the following disclosures:

- CSGAG is a corporation organized under the laws of Switzerland and whose shares are publicly traded on the Swiss Stock Exchange and are also listed on the New York Stock Exchange. No publicly held company owns more than 10% of CSGAG, and no publicly held corporation owns 10 percent or more of its stock.

- CSI is principally owned by Credit Suisse AG ("CSAG"), a wholly-owned subsidiary of CSGAG, and CSGAG. CSAG also has publicly registered debt securities and warrants in the United States and elsewhere.

Dated: November 5, 2014                    Respectfully submitted,

                                               /s/ Joel Kurtzberg
                                              Herbert S. Washer
                                              Elai Katz
                                              Joel Kurtzberg
                                              CAHILL GORDON & REINDEL LLP
                                              80 Pine Street
                                              New York, New York 10005
                                              Telephone: 212-701-3435
                                              Telephone: 212-701-3039

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2014, I electronically filed the foregoing Rule 7.1 Disclosure Statement with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all parties registered for CM/ECF in the above-captioned matter.

Dated: November 5, 2014

                                               /s/ Joel Kurtzberg
                                              Joel Kurtzberg