```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

Libor-Based Financial Instruments
Antitrust Litigation.

------------------------------------------------------------X
This document apples to:

CASES LISTED IN APPENDIX

------------------------------------------------------------X

11 MDL 2262 (NRB)

**PARTIAL JUDGMENT**

  Whereas the Individual Plaintiffs in eighteen cases (see appendix) having requested the entry of partial judgment in order to allow them to participate in the pending appeal from final judgment in <u>Gelboim v. Credit Suisse Group AG</u>, No. 12-cv-1025, and the matter having come before the Honorable Loretta A. Preska, United States District Judge, and the Court, on February 13, 2015, having rendered its Order granting the requests, and requesting the Clerk of Court to enter partial judgments pursuant to Rule 54(b) as to the Sherman Act claims listed in the appendix, it is,

  **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 13, 2015, the requests are granted; there is no just reason for delay pursuant to Fed. R. Civ. P. 54(b), partial judgment is entered in favor of the Defendants as to the Sherman Act claims listed in the appendix.

Dated: New York, New York
   February 23, 2015

RUBY J. KRAJICK
Clerk of Court

BY: _____
   Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

## APPENDIX

This document applies to the following cases and orders judgment as to the following claims:

| CASE NAME | CASE NO. | COMPLAINT/CLAIM |
|---|---|---|
| In re Libor-Based Financial Instruments Antitrust Litigation | 11-md-2262 | — |
| City of Riverside et al. v. Bank of America Corp. et al. | 13-cv-0597 | No. 11-md-2262, ECF No. 684, claim 9 |
| County of San Mateo et al. v. Bank of America Corp. et al. | 13-cv-0625 | No. 11-md-2262, ECF No. 684, claim 9 |
| East Bay Municipal Utility District v. Bank of America Corp. et al. | 13-cv-0626 | No. 11-md-2262, ECF No. 684, claim 9 |
| City of Richmond et al. v. Bank of America Corp. et al. | 13-cv-0627 | No. 11-md-2262, ECF No. 684, claim 9 |
| County of San Diego v. Bank of America Corp. et al. | 13-cv-0667 | No. 11-md-2262, ECF No. 684, claim 9 |

| | | |
|---|---|---|
| Amabile et al. v. Bank of America Corp. et al. | 13-cv-1700 | No. 13-cv-1700, ECF No. 12, claim 5 |
| Salix Capital US Inc. et al. v. Banc of America Securities LLC et al. | 13-cv-4018 | No. 13-cv-4018, ECF No. 69, claim 22 |
| Regents of the University of California v. Bank of America Corp. et al. | 13-cv-5186 | No. 11-md-2262, ECF No. 684, claim 9 |
| County of Sonoma et al. v. Bank of America Corp. et al. | 13-cv-5187 | No. 11-md-2262, ECF No. 684, claim 9 |
| San Diego Association of Governments v. Bank of America Corp. et al. | 13-cv-5221 | No. 11-md-2262, ECF No. 684, claim 9 |
| County of Sacramento v. Bank of America Corp. et al. | 13-cv-5569 | No. 11-md-2262, ECF No. 684, claim 9 |
| City of Houston v. Bank of America Corp. et al. | 13-cv-5616 | No. 11-md-2262, ECF No. 685, claim 9 |
| City of Philadelphia v. Bank of America Corp. et al. | 13-cv-6020 | No. 13-cv-6020, ECF No. 42, claim 14 |
| National Credit Union Administration Board v. Credit Suisse Group AG et al. | 13-cv-7394 | No. 11-md-2262, ECF No. 662, claim 1 |

[handwritten annotation next to Salix Capital row: "← Pictures"]

| County of Mendocino v. Bank of America Corp. et al. | 13-cv-8644 | No. 11-md-2262, ECF No. 684, claim 9 |
| Darby Financial Products et al. v. Barclays Bank plc et al. | 13-cv-8799 | No. 13-cv-8799, ECF No. 36, claim 13 |
| Bay Area Toll Authority v. Bank of America Corp. et al. | 14-cv-3094 | No. 11-md-2262, ECF No. 673, claim 1 |
| Prudential Investment Portfolios 2 et al. v. Bank of America Corp. et al. | 14-cv-4189 | No. 14-cv-4189, ECF No. 18, claim 11 |