UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>1:13-CV-04018-NRB | Case No. 1:11-md-2262-NRB<br><br>**NOTICE OF APPEAL** |
| SALIX CAPITAL US INC.,<br><br>     Plaintiff,<br><br>   -against-<br><br>BANC OF AMERICA SECURITIES LLC, n/k/a MERRILL LYNCH, PIERCE, FENNER & SMITH INC., BANK OF AMERICA CORP., BANK OF AMERICA, N.A., BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., CITIBANK, N.A., CITIGROUP GLOBAL MARKETS INC., CITIGROUP GLOBAL MARKETS LIMITED, CITIGROUP INC., CREDIT SUISSE AG, CREDIT SUISSE GROUP AG, CREDIT SUISSE INTERNATIONAL, CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK AG, DEUTSCHE BANK SECURITIES INC., JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., J.P. MORGAN SECURITIES LLC, f/k/a J.P. MORGAN SECURITIES INC., THE ROYAL BANK OF SCOTLAND PLC, and UBS AG,<br><br>     Defendants. | |

  NOTICE IS HEREBY GIVEN that Plaintiff Salix Capital US Inc. appeals to the United States Court of Appeals for the Second Circuit from Partial Judgment entered pursuant to Federal Rule of Civil Procedure 54(b) on February 23, 2015 [Dkt. No. 1053 on the MDL docket, 11-md-2262; Dkt. No. 98 on the Salix docket, 13-cv-4018], as well as all orders and rulings subsumed

within the Partial Judgment (including but not limited to Dkt. No. 286 on 11-md-2262), and each and every part thereof.

DATED: New York, New York
February 24, 2015

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Daniel L. Brockett
Daniel L. Brockett
Daniel P. Cunningham
Steig D. Olson
Jacob J. Waldman
51 Madison Avenue, 22nd Floor
New York, New York  10010-1601
Telephone:  (212) 849-7000
Fax:  (212) 849-7100
danbrockett@quinnemanuel.com
danielcunningham@quinnemanuel.com
steigolson@quinnemanuel.com
jacobwaldman@quinnemanuel.com

Jeremy D. Andersen (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000
Fax:  (213) 443-3100
jeremyandersen@quinnemanuel.com

*Attorneys for Plaintiff Salix Capital US Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 24, 2015, a true and correct copy of the foregoing Notice of Appeal was filed electronically through the Court's ECF system.  In accordance with Local Civil Rule 5.2 of the United States District Courts for the Southern and Eastern Districts of New York as well as Local Rule 3.1 of the United States Court of Appeals for the Second Circuit, the Notice of Appeal has thereby been served electronically on counsel for all parties in these actions.

      /s/ Jacob J. Waldman
Jacob J. Waldman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010-1601
Telephone:  (212) 849-7000
Fax:  (212) 849-7100
jacobwaldman@quinnemanuel.com