ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Case No. 1:11-md-2262-NRB |
| DARBY FINANCIAL PRODUCTS, et al., Plaintiffs, v. BARCLAYS BANK PLC, et al., Defendants. | Case No. 1:13-cv-08799-NRB |
| THE CITY OF PHILADELPHIA, et al., Plaintiffs, v. BANK OF AMERICA CORP., et al., Defendants. | Case No. 1:13-cv-06020-NRB |
| PRUDENTIAL INVESTMENT PORTFOLIOS 2, Plaintiff, v. BANK OF AMERICA CORP., et al., Defendants. | Case No. 1:14-cv-04189-NRB |
| SALIX CAPITAL US INC., Plaintiff, v. BANC OF AMERICA SECURITIES LLC, et al., Defendants. | Case No. 1:13-cv-04018-NRB |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Chris R. Barker, for admission to practice *pro hac vice* in the above-captioned action is granted. Applicant has declared that he is a member in good standing in the bars of the states of California and New York, and that his contact information is as follows:

1

Chris R. Barker
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs Darby Financial Products and Capital Ventures International (No. 1:13-cv-08799-NRB), The City of Philadelphia and The Pennsylvania Intergovernmental Cooperation Authority (No. 1:13-cv-6020-NRB), Prudential Investment Portfolios 2, f/k/a Dryden Core Investment Fund, o/b/o Prudential Core Short-Term Bond Fund and Prudential Core Taxable Money Market Fund (No. 1:14-cv-04189-NRB), and Salix Capital US Inc. (No. 1:13-cv-04018-NRB) in the above-captioned actions;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: October 14, 2015

So Ordered:

The Honorable Naomi R. Buchwald
United States District Judge

2