USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/2015

Buchwald, N

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| | Master File No. 1:11-md-2262-NRB |
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | NOTICE OF WITHDRAWAL OF COUNSEL |
| | ECF CASE |
| THIS DOCUMENT RELATES TO: | |
| BAY AREA TOLL AUTHORITY,<br>Plaintiff,<br>- against -<br>BANK OF AMERICA CORPORATION et al.,<br>Defendants. | No. 1:14-cv-3094-NRB |
| THE CHARLES SCHWAB CORPORATION et al.,<br>Plaintiffs,<br>- against -<br>BANK OF AMERICA CORPORATION et al.,<br>Defendants. | No. 1:13-cv-7005-NRB |
| CITY OF HOUSTON,<br>Plaintiff,<br>- against -<br>BANK OF AMERICA CORPORATION et al.,<br>Defendants. | No. 1:13-cv-5616-NRB |
| CITY OF PHILADELPHIA and THE PENNSYLVANIA INTERGOVERNMENTAL COOPERATION AUTHORITY,<br>Plaintiffs,<br>- against -<br>BANK OF AMERICA CORPORATION et al.,<br>Defendants. | No 1:13-cv-6020-NRB |
| CITY OF RICHMOND et al.,<br>Plaintiffs,<br>- against -<br>BANK OF AMERICA CORPORATION et al.,<br>Defendants. | No. 1:13-cv-0627-NRB |

| | |
|---|---|
| CITY OF RIVERSIDE et al.,<br>　　　　　　　　Plaintiffs,<br>　　- against -<br>BANK OF AMERICA CORPORATION et al.,<br>　　　　　　　　Defendants. | No. 1:13-cv-0597-NRB |
| COUNTY OF MENDOCINO,<br>　　　　　　　　Plaintiff,<br>　　- against -<br>BANK OF AMERICA CORPORATION et al.,<br>　　　　　　　　Defendants. | No. 1.13-cv-8644-NRB |
| COUNTY OF SACRAMENTO,<br>　　　　　　　　Plaintiff,<br>　　- against -<br>BANK OF AMERICA CORPORATION et al.,<br>　　　　　　　　Defendants. | No. 1:13-cv-5569-NRB |
| COUNTY OF SAN DIEGO,<br>　　　　　　　　Plaintiff,<br>　　- against -<br>BANK OF AMERICA CORPORATION et al.,<br>　　　　　　　　Defendants. | No. 1:13-cv-0667-NRB |
| COUNTY OF SAN MATEO et al.,<br>　　　　　　　　Plaintiffs,<br>　　- against -<br>BANK OF AMERICA CORPORATION et al.,<br>　　　　　　　　Defendants. | No. 1:13-cv-0625-NRB |
| COUNTY OF SONOMA et al.,<br>　　　　　　　　Plaintiffs,<br>　　- against -<br>BANK OF AMERICA CORPORATION et al.,<br>　　　　　　　　Defendants. | No. 1:13-cv-5187-NRB |
| DARBY FINANCIAL PRODUCTS and<br>CAPITAL VENTURES INTERNATIONAL,<br>　　　　　　　　Plaintiffs,<br>　　- against -<br>BARCLAYS BANK PLC et al.,<br>　　　　　　　　Defendants. | No. 1:13-cv-8799-NRB |
| EAST BAY MUNICIPAL UTILITY<br>DISTRICT,<br>　　　　　　　　Plaintiff, | No. 1:13-cv-0626-NRB |

| | |
|---|---|
| - against - <br> BANK OF AMERICA CORPORATION et al., <br>                                       Defendants. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR AMCORE BANK, N.A. et al., <br>                                     Plaintiffs, <br> - against - <br> BANK OF AMERICA CORPORATION et al., <br>                                     Defendants. | No. 1:14-cv-1757-NRB |
| THE FEDERAL HOME LOAN MORTGAGE CORPORATION, <br>                                     Plaintiff, <br> - against - <br> BANK OF AMERICA CORPORATION et al., <br>                                     Defendants. | No. 1:13-cv-3952-NRB |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br>                                     Plaintiff, <br> - against - <br> BARCLAYS BANK PLC et al., <br>                                     Defendants. | No. 1:13-cv-7720-NRB |
| GEORGE MARAGOS, in his official capacity as the COMPTROLLER OF THE COUNTY OF NASSAU, acting on behalf of the COUNTY OF NASSAU, <br>                                     Plaintiff, <br> - against - <br> BANK OF AMERICA CORPORATION et al., <br>                                     Defendants. | No. 1:13-cv-2297-NRB |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of US Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union, and Constitution Corporate Federal Credit Union, <br>                                     Plaintiff, <br> - against - <br> CREDIT SUISSE GROUP AG et al., | No. 1:13-cv-7394-NRB |

| | |
|---|---|
| Defendants. | |
| PRINCIPAL FINANCIAL GROUP, INC. et al., <br> Plaintiffs, <br> - against - <br> BANK OF AMERICA CORPORATION et al., <br> Defendants | No. 1:13-cv-6014-NRB |
| PRINCIPAL FUNDS, INC. et al., <br> Plaintiffs, <br> - against - <br> BANK OF AMERICA CORPORATION et al., <br> Defendants. | No. 1:13-cv-6013-NRB |
| PRUDENTIAL INVESTMENT PORTFOLIOS 2, f/k/a DRYDEN CORE INVESTMENT FUND, o/b/o PRUDENTIAL CORE SHORT-TERM BOND FUND and PRUDENTIAL CORE TAXABLE MONEY MARKET FUND, <br> Plaintiff, <br> - against - <br> BANK OF AMERICA CORPORATION et al., <br> Defendants. | No. 1:14-cv-4189-NRB |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, <br> Plaintiff, <br> - against - <br> BANK OF AMERICA CORPORATION et al., <br> Defendants. | No. 1:13-cv-5186-NRB |
| MAYOR AND CITY COUNCIL OF BALTIMORE, <br> Plaintiff, <br> - against - <br> BANK OF AMERICA CORPORATION et al., <br> Defendants. | No. 1:11-cv-5450-NRB |

| | |
|---|---|
| THE BERKSHIRE BANK,<br>      Plaintiff,<br>  - against -<br>BANK OF AMERICA<br>CORPORATION et al.,<br>      Defendants. | No. 1:12-cv-05723-NRB |
| AMABILE et al.,<br>      Plaintiff,<br>  - against -<br>BANK OF AMERICA<br>CORPORATION et al.,<br>      Defendants. | No. 1:13-cv-1700-NRB |
| SALIX CAPITAL US INC.<br>et al.,<br>      Plaintiff,<br>  - against -<br>BANC OF AMERICA<br>SECURITIES LLC et al.,<br>      Defendants. | No. 1:13-cv-4018-NRB |
| DIRECTORS FINANCIAL<br>GROUP,<br>      Plaintiff,<br>BANK OF AMERICA<br>CORPORATION et al.,<br>      Defendants. | No. 1:13-cv-1016-NRB |
| TRIAXX PRIME CDO 06-<br>00001 LTD et al.,<br>      Plaintiff,<br>  - against -<br>BANK OF AMERICA<br>CORPORATION et al.,<br>      Defendants. | No. 1:14-cv-0146-NRB |
| PAYNE et al.,<br>      Plaintiff,<br>  - against -<br>BANK OF AMERICA<br>CORPORATION et al.,<br>      Defendants. | No. 1:13-cv-0598-NRB |
| SAN DIEGO ASSOCIATION OF<br>GOVERNMENTS,<br>      Plaintiff, | No. 1:13-cv-5221-NRB |

| - against - |
| BANK OF AMERICA CORPORATION et al., |
|                                    Defendants. |

PLEASE TAKE NOTICE that, upon the annexed declaration of Jessica L. Brach, and subject to the approval of the Court, Jessica L. Brach hereby withdraws as counsel for Deutsche Bank AG in the above-captioned matters. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Deutsche Bank AG in this proceeding.

Dated: New York, New York
       October 1, 2015

PAUL, WEISS, RIFKIND, WHARTON & GARRISON

By _____
        Jessica L. Brach

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
jbrach@paulweiss.com

SO ORDERED:

_____
Naomi Reice Buchwald, U.S.D.J.   10/14/15