UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

IN RE: LIBOR-BASED FINANCIAL
INSTRUMENTS ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:

ALL MATTERS

-----------------------------------------------------------------x

Case No. 11-md-2262 (NRB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/18

## MOTION FOR WITHDRAWAL OF APPEARANCE

The undersigned counsel is no longer associated with the firm of Gibson, Dunn & Crutcher LLP, and hereby requests that the Court withdraw me as counsel for Defendants UBS AG, UBS Securities LLC, and UBS Limited in the above-captioned action. No substitution of counsel is necessary, as UBS AG, UBS Securities LLC, and UBS Limited continue to be represented in this action by attorneys of record from Gibson, Dunn & Crutcher LLP. UBS AG, UBS Securities LLC, and UBS Limited are aware of and consent to the withdrawal.

So Ordered.
[signature]
Buchwald, USDJ
1/22/18

Dated: New York, New York
January 18, 2018

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Peter Sullivan
Peter Sullivan

200 Park Avenue, 47th Floor
New York, New York 10166
Tel.: (212) 351-5370
psullivan@gibsondunn.com

Attorney for UBS AG, UBS Securities LLC, and UBS Limited