UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Docket No. 11-MD-2262-NRB |
| SALIX CAPITAL US INC., <br><br> Plaintiff, <br><br> -against- <br><br> BANC OF AMERICA SECURITIES LLC et al., <br><br> Defendants. | Case No. 13-cv-04018-NRB |

## **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 1.4, JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and J.P. Morgan Securities LLC ("JPMorgan"), by and through its counsel Simpson Thacher & Bartlett LLP, respectfully requests the withdrawal of the appearance of Thomas C. Rice as counsel for JPMorgan in the above-referenced action. Thomas C. Rice has retired as a member of Simpson Thacher & Bartlett LLP. Simpson Thacher & Bartlett LLP will continue to serve as counsel for JPMorgan.

Dated: New York, New York
       February 14, 2018

                          Respectfully submitted,

                          SIMPSON THACHER & BARTLETT LLP

                          By:    /s/ Paul C. Gluckow
                                Mary Beth Forshaw (mforshaw@stblaw.com)
                                Paul C. Gluckow (pgluckow@stblaw.com)
                                Alan C. Turner (aturner@stblaw.com)
                                425 Lexington Avenue
                                New York, New York 10017
                                Tel: (212) 455-2000
                                Fax: (212) 455-2502

                                Abram J. Ellis (aellis@stblaw.com)
                                900 G Street, NW
                                Washington, D.C. 20001
                                Tel: (202) 636-5500
                                Fax: (202) 636-5502

                                *Attorneys for Defendant JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and J.P. Morgan Securities LLC*